IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN WAYNE MOORE, § | |
| TDCJ-CID NO.1175857, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. H-04-2128 |
| § | |
| DOUG DRETKE, Director of the Texas § | |
| Department of Criminal Justice-Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 26th day of July, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE